# SCHEDULE A

# Filed Under Seal in Its Entirety