# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Dongguan Lianguang Electronics Technology Co., Ltd., | ) ) ) ) **CASE NO.** ) ) ) **JURY DEMANDED** ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| The Entities, Partnerships and Unincorporated Associations Identified on Schedule A, | |
| Defendants. | |

## MOTION TO FILE UNDER SEAL

Plaintiff Dongguan Lianguang Electronics Technology Co., Ltd. ("Plaintiff" or "DLE Tech"), by and through its undersigned counsel, brings this motion to file the Schedule A attached to Plaintiff's contemporaneously filed Complaint under seal. The Schedule A lists the Defendants' Online Stores, all of which feature the PUJIMAX brand and use the same or similar images of the battery products that are accused of infringing the Patents-in-Suit.

In this action, Plaintiff intends to file for *ex parte* relief based on an action for design patent infringement. Sealing the Schedule A is necessary to prevent the Defendants from learning of these proceedings prior to the Court's ruling on the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with the Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions taken, Plaintiff will promptly move to unseal the Schedule A.

2371392v1

| | |
|---|---|
| Dated: December 10, 2025 | Respectfully submitted, |

By: */s/ Daniel S. Hess*

PATTISHALL, MCAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

Bradley L. Cohn
Daniel S. Hess
125 S. Wacker Drive
Suite 2050
Chicago, IL 60606-5896
(312) 554-8000
blc@pattishall.com
dsh@pattishall.com

Andrew C. Aitken (*Pro hac vice* to be filed)
Aitken Law Offices
6701 Democracy Blvd., Ste 555
Bethesda, MD 20902
(301) 537-3299

*Attorneys for Dongguan Lianguang Electronics Technology Co., Ltd.*